■ In the Matter of KIMBERLY C. and Another, Children Alleged to be Neglected. MARY B., Appellant; WYOMING COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 2.) [653 NYS2d 908] —Appeal unanimously dismissed without costs. Memorandum: The notice of appeal states that this appeal is from an order entered in Wyoming County Family Court on May 19, 1995 and identifies the order on appeal as an order concerning two petitions alleging that two children are neglected children pursuant to Family Court Act § 1055. The order is captioned as an order in a Family Court neglect proceeding but the body of the order is identical to that in *Matter of Kimberly C.* (236 AD2d 900 [decided herewith]), which finds permanent neglect with respect to the same children. The record contains an order entered April 21, 1991 that disposed of the neglect petitions. Thus, this appeal must be dismissed. (Appeal from Order of Wyoming County Family Court, Griffith, J.—Neglect.) Present—Pine, J. P., Lawton, Doerr, Boehm and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BREVARD GRIFFIN, Appellant. [653 NYS2d 899] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Cayuga County Court, Contiguglia, J.—Assault, 2nd Degree.) Present— Denman, P. J., Pine, Lawton, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK-LIN THOMAS HAMPTON, JR., Appellant, v RICHARD M. HEALY, as Wayne County District Attorney, Respondent. [653 NYS2d 899] —Judgment unanimously affirmed without costs. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Wayne County, Parenti, J.—Habeas Corpus.) Present—Denman, P. J., Pine, Lawton, Balio and Boehm, JJ.

■ WILLIAM WILSON, Appellant, v DEBRA GROSS et al., Respondents. [653 NYS2d 899] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gorski, J. (Appeal from Order of Supreme Court, Orleans County, Gorski, J.—Summary Judgment.) Present—Denman, P. J., Pine, Lawton, Balio and Boehm, JJ.